# Kuhl v. Griswold.

APPEAL from Mobile Chancery Court.

Heard before the HON. WILLIAM H. TAYLOE.

SHELTON SIMS and BESTOR & GRAY, for appellant.

D. B. COBBS, for appellee.

The bill in this case was filed by the appellee against the appellant, praying that the mortgage executed by the complainant and subsequently transferred to the defendant be cancelled, and that the deeds to the lands described in the mortgage, which was subsequently executed, be annulled and set aside, and that if anything remained unpaid on the mortgage, the complainant be allowed to redeem, offering in his bill to pay such amount as might be ascertained to be due.

The complainant alleged the payment in full of the mortgage, that the sale of the property under the mortgage was not properly advertised, and that the defendant purchased at the sale without authority.

Upon the submission of the cause, the chancellor de-

creed that the complainant was entitled to the relief
prayed for and vacated the sale and deeds, and ordered
that the complainant be allowed to redeem, paying what-
ever might be found to be due, a reference being ordered
to ascertain such amount. From this decree the present
appeal is prosecuted; and this court holds that the de-
cree of the chancellor was, in all respects, correct. The
decree is affirmed.

Opinion PER CURIAM.